UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EDWARD ALLAN WATTS and LINDSAY LOPEZ                    PLAINTIFFS

v.                          No. 2:19-cv-02066

SYDNEY ANN WATTS, et al.                                DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 14th day of June, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE