UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EDWARD ALLAN WATTS and LINDSAY LOPEZ                             PLAINTIFFS

v.                               No. 2:19-cv-02066

SYDNEY ANN WATTS, et al.                                          DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 18) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court deny Plaintiffs' motions (Docs. 16 and 17) for leave to appeal in forma pauperis. The Court has conducted careful review of this case. The reports and recommendations are proper, contain no clear error, and are ADOPTED IN THEIR ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiffs' motions (Docs. 16 and 17) for leave to appeal in forma pauperis are DENIED.

IT IS SO ORDERED this 9th day of July, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE